**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | MJG-03-CV434 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| $46,514.35 U. S. Currency | Notice of Seizure |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Baltimore Sun

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Christopher J. Romano
Asst. U. S. Attorney

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Christopher Romano, AUSA
TELEPHONE NUMBER: --
DATE: 3-13-03

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3-13-03
Time: am/pm
Signature of U.S. Marshal or Deputy: Karen Wolford

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

Notice of Seizure published in the Baltimore Sun on: March 5, 2003 as evidenced by the attached Certificate of Publication

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)



**THE BALTIMORE SUN**
BALTIMORE, MARYLAND 21278-0001

*March 6* 20 *03*

WE HEREBY CERTIFY, that the annexed advertisement of

```
AD NO.:   50788
US DEPT OF JUSTICE
US MARSHAL JOHNNY L HUGHES
101 W LOMBARD ST #6115
BALTIMORE          MD 21201
```

was published in "THE BALTIMORE SUN" a daily newspaper printed and published in the City of Baltimore *3/5/03*

The Baltimore Sun Company,

By .................

7331

*Stamps:* RECEIVED U.S. MARSHAL BALTIMORE, MD 2003 MAR 10; FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2003 MAR 14 P 4:02 CLERK'S OFFICE AT BALTIMORE BY ___ DEPUTY