```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
```

**UNITED STATES OF AMERICA,**   \*
                                \*
       **Plaintiff,**        \*
                                \*
    v.                    \*   CIVIL ACTION NO. MJG-03-434
                                \*
**$46,514.36 U.S. CURRENCY,**   \*
                                \*
       **Defendant.**        \*
                         **\* \* \* \* \* \* \* \* \***

**GOVERNMENT'S RESPONSE TO CLAIMANT'S MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
<u>REQUEST FOR PRODUCTION OF DOCUMENTS</u>**

    Plaintiff, the United States of America, through its undersigned counsel, has no objection to claimant's motion to extend time to respond to Plaintiff's First Set of Interrogatories and Request for Production of Documents to May 8, 2003.

                                    Respectfully submitted,

                                    Thomas M. DiBiagio
                                    United States Attorney

                                  _____/S/_____
                                  Christopher J. Romano
                                  Assistant United States Attorney
                                  6625 U.S. Courthouse
                                  101 W. Lombard Street
                                  Baltimore, Maryland 21201

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that on March 26, a copy of the above Response was mailed, postage pre-paid, to Gerald Matthews, Northern Neck Regional Jail, P.O. Box 1060, Warsaw, Virginia 22572.

                                  ____/S/_____
                                  Christopher J. Romano
                                  Assistant United States Attorney